■ In the Matter of DAVID BALLENTINE, Appellant, v DAVID R. HARRIS, as Superintendent of Green Haven Correctional Facility, et al., Respondents. —In two consolidated proceedings pursuant to CPLR article 78 to vacate a judgment of conviction, the petitioner appeals from a judgment of the Supreme Court, Dutchess County, July 6, 1979, which dismissed his petitions. Judgment affirmed, without costs or disbursements. A proceeding pursuant to CPLR article 78 will not lie for the redress of an error committed upon the trial of a criminal prosecution (CPLR 7801, subd 2). The instant proceedings are lacking in merit and are but attempts to invoke the extraordinary remedy provided by CPLR article 78 as a substitute for a further appeal (see *Matter of Burton v Marshall,* 20 NY2d 797; *Matter of Bloeth v Marks,* 20 AD2d 372; *Matter of Ferraro v Supreme Ct., County of Queens,* 36 AD2d 841; *Matter of Attica Bros. [Barbatunje] v Additional*

*Term of Supreme Ct., County of Erie,* 45 AD2d 10). Gibbons, J. P., Gulotta, Margett and O'Connor, JJ., concur.